IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:06CV953** |
| | § | |
| **JACK MANDRGOC** | § | **DEFENDANT** |

### JUDGMENT

This matter having come on to be heard on the Motion for Summary Judgment [9] filed by Plaintiff, The United States of America, the Court, after a full review and consideration of the Plaintiff's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the United States pursuant to F̲ED̲. R. C̲IV̲. P. 56.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States shall recover of Defendant, Jack Mandrgoc, the amount of $845,684.43 as of November 26, 2007, plus fees, interest, all statutory additions thereafter as provided by law, and the costs of this action.

**SO ORDERED AND ADJUDGED** this the 11th day of March 2008.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge